AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 8:18Cr-426-T-35TGW |
| VICTOR RODRIGUEZ | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   VICTOR RODRIGUEZ_____ ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy with intent to distribute five (5) kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, and possession with intent to distribute five (5) kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States.

In violation of: 46 U.S.C. §§ 70503(a) and 70506(a) and (b)

Date: September 26, 2018

_____
*Issuing officer's signature*

City and state:     Tampa, Florida_____

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* ___10/3/18___ , and the person was arrested on *(date)* ___10/2/18___ at *(city and state)* ___Tampa, FL___ . |
| Date: ___10/3/18___                        _____  *Arresting officer's signature*  M. Molds   DUSM  _____  *Printed name and title* |