**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                 **Case No. 8:18-cr-426-T-35TGW**

**VICTOR RODRIGUEZ**

_____/

## WAIVER OF SPEEDY TRIAL

Defendant, VICTOR RODRIGUEZ, by and through undersigned counsel,

hereby freely and voluntarily waives his right to speedy trial under 18 U.S.C. § 3161

and the United Constitution through February 28, 2019.

**DATED** this October 9, 2018.


_Victor R. B_____
Victor Rodriguez
Defendant

_____
Kathleen Sweeney
IN Bar No. 0219249
Assistant Federal Public Defender
400 N. Tampa Street, Suite 2700
Tampa, FL  33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: Kathleen_Sweeney@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 11, 2018, a true and correct copy of the foregoing was furnished by using the CM/ECF system with the Clerk of the Court, which will send notice of the electronic filing to:

Joseph K Ruddy, AUSA

Kathleen Sweeney
Assistant Federal Public Defender