**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                                    **Case No.: 8:18-cr-426-T-35TGW**

**VICTOR RODRIGUEZ**

_____ /

**DEFENDANT'S FACTUAL BASIS**

The defendant, Victor Rodriguez, and his co-defendants conspired to possess with intent to distribute and to distribute at least 5 kilograms pf cocaine, while on board a vessel on the high seas and subject to the jurisdiction of the United States.

The defendant, Victor Rodriguez, along with his co-defendants, David Cabanilla Flores and Jorge Felix Castro, left Mexico in a go-fast vessel. The vessel was filled with numerous gallons of gas to refuel another go-fast vessel that they knew contained drugs. The Mexican mariners were provided coordinates that on September 18, 2018 led them to the second go-fast vessel wherein Ecuadorian mariners and co-defendants Jison Jefferson Peralta, Victor Gonzalo Anchundia Santana, and Walter Sadam Cusme Palomino were a board. On this second vessel was cocaine that totaled more than 5 kilograms, that is 382 kilograms. The two boats were stateless, on the high seas in the international waters of the Eastern Pacific Ocean, and subject to the jurisdiction of the United States when they were interdicted by the United States Coast Guard.

Victor Rodriguez, along with others, piloted the boat containing fuel for the second

go-fast vessel. He was aware that the second boat contained cocaine and that it would be

distributed. He knowingly and willingly joined the conspiracy.


Respectfully submitted,

DONNA LEE ELM
FEDERAL DEFENDER

*/s Kathleen M. Sweeney*
Kathleen M. Sweeney
Assistant Federal Defender
IN Bar No. 2192-49
400 North Tampa Street
Suite 2700
Tampa, FL. 33602
Tel.:    (813) 228-2715
Fax:    (813) 228-2562
Email: Kathleen_Sweeney@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 5, 2019, a true copy of the foregoing was filed with

the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing

to:

Joseph Ruddy, AUSA

*/s Kathleen M. Sweeney* "
Kathleen M. Sweeney
Assistant Federal Defender